

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY** and Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Appellee's motion for leave to file post-argument letter brief is hereby GRANTED.

It is so **ORDERED** on May 11, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court